WHETHER SPECIFICATIONS 2 AND 3 OF CHARGE I ARE MULTI-PLICIOUS.

Briefs will be filed under Rule 25.

No. 13–0498/AF. U.S. v. Christopher J. Martin. CCA S32035. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 31, 2013.

No. 14–0066/AR. U.S. v. Jonathan J. Blair. CCA 20110846. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including October 30, 2013,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0109/AF. U.S. v. Daniel M. Blair. CCA S32028. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 31, 2013.

No. 14–0110/AF. U.S. v. Joe A. Montoya IV. CCA 38116. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 31, 2013.

No. 14–8003/AF. U.S. v. Douglas A. Toro. CCA 2013–23. Appellant's motion for a stay of proceedings below is denied.

Wednesday, October 16, 2013

No. 13–0699/AR. U.S. v. Roberto L. Quinonez. CCA 20110211. On consideration of the petition for grant of review of the decision of the United States Army Court